UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIX,<br><br>      Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>      Defendants. | Case No. 16-cv-01747-PSG<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>**(Re: Docket No. 10)** |

Now before the court in this foreclosure case is a motion to dismiss by Defendants JPMorgan Chase Bank, N.A. and U.S. Bank, N.A.[1] At the hearing on the motion, Plaintiff Thomas Hix conceded that his initial complaint does not allege that his application for a loan modification was complete, as his cause of action under Cal. Civ. Code § 2923.6 requires.[2] Meanwhile, Hix's claim of fraudulent business practices in violation of California's unfair competition law does not "state with particularity the circumstances constituting fraud";[3] his complaint alleges "false and misleading representations" in conclusory terms, and it claims that

---

[1] *See* Docket No. 10. The court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. The parties further consented to the jurisdiction of the undersigned magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 72(a). *See* Docket Nos. 7, 13.

[2] *See* Docket No. 1-1 at ¶¶ 10-23; *Penermon v. Wells Fargo Bank, N.A.*, 47 F. Supp. 3d 982, 999 (N.D. Cal. 2014) (requiring a Section 2923.6 plaintiff to "clearly plead that the application as submitted was complete").

[3] Fed. R. Civ. P. 9(b); *see Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1125 (9th Cir. 2009) (citing *Vess v. Ciba-Geigy Corp. USA*, 317 F.3d 1097, 1102-05 (9th Cir. 2003)) ("Rule 9(b)'s heightened pleading standards apply to claims for violations of the . . . UCL.").

1  certain business practices were "deceptive" without explaining how or why.[4]  And furthermore,
2  Hix's operative complaint includes no allegations at all related to U.S. Bank.
3      Defendants' motion to dismiss is GRANTED.  Because it is not yet clear that further
4  amendment would be futile, leave to amend also is GRANTED.[5]  Any amended complaint shall be
5  filed within 14 days.
6  **SO ORDERED.**
7  Dated: May 31, 2016

                                                            _____
                                                            PAUL S. GREWAL
                                                            United States Magistrate Judge

---

[4] Docket No. 1-1 at ¶¶ 26-27.

[5] *See Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

2
Case No. 16-cv-01747-PSG
ORDER GRANTING MOTION TO DISMISS