1  Joseph E. Addiego III (CA SBN 169522)
   John D. Freed (CA SBN 261518)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        jakefreed@dwt.com
5                joeaddiego@dwt.com

6  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A.
7  U.S. BANK, N.A.

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | THOMAS HIX,                              | Case No. 16-cv-01747-NC
   |                                          |
14 |         Plaintiff,                       | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** AS MODIFIED
   |                                          |
15 |    v.                                    |
   |                                          |
16 | JPMORGAN CHASE BANK, N.A., erroneously   | Judge:      Nathanael Cousins
   | sued as J.P. MORGAN CHASE, et al.,       |
17 |                                          | Action Filed February 17, 2016
   |         Defendants.                      | Action Removed April 6, 2016
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CMC
Case No. 16-cv-01747-NC

WHEREAS, on July 1, 2016, Defendants JPMorgan Chase Bank, N.A. ("Chase") and U.S. Bank, N.A. will file a Motion to Dismiss Plaintiff's First Amended Complaint, and will notice a hearing on that Motion for a time in August or September 2016, subject to the Court's availability; and

WHEREAS, a Case Management Conference is scheduled to occur on July 6, 2016; and

WHEREAS, the parties agree that it is more efficient for the parties and the Court to delay case management and discovery activities until such time as the Court issues an order denying Defendants' Motion to Dismiss or otherwise permitting the case to advance past the pleading stage; and

WHEREAS, counsel for Defendants will not only be on a scheduled vacation on July 6, 2016, he will be participating by telephone in a case management conference scheduled in San Mateo County Superior Court in another lawsuit at the same time on July 6 as the scheduled Case Management Conference in this case.

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS, subject to the Court's permission and approval:

1. The Case Management Conference scheduled for July 6, 2016 at 10:00 a.m. shall be continued until such time as the pleadings in this litigation are resolved.

2. In the event the Court denies Defendants' forthcoming Motion to Dismiss, in whole or in part, the Court shall issue an order resetting the continued Case Management Conference, and setting a deadline for the submission of a Joint Case Management Statement and for the parties' exchange of initial disclosures.

IT IS SO STIPULATED.

DATED: June 29, 2016

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
John D. Freed

By: /s/ John D. Freed
       John D. Freed

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
U.S. BANK, N.A.

PARR LAW GROUP
Eric Sidebotham

By: /s/ Eric Sidebotham
       Eric Sidebotham

1625 The Alameda, Suite 900
San Jose, CA 95126

Attorneys for Plaintiff
THOMAS HIX

ORDER

Having reviewed the parties' Stipulation to Continue Case Management Conference, the Court GRANTS the stipulation. The Case Management Conference currently set for July 6, 2016 is CONTINUED to September 14, 2016, at 10:00 a.m., in Courtroom 7, 4th Floor, San Jose. An updated case management statement is due by September 7, 2016.

Dated: June 29, 2016

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

STIPULATION TO CONTINUE CMC
Case No. 16-cv-01747-NC

2