UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIX,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-01747 NC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY HE DID NOT RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 31 |

In this unlawful foreclosure case, Defendants JPMorgan Chase Bank, N.A. and U.S. Bank, N.A. have filed a motion to dismiss Hix's amended complaint. Dkt. No. 27. Hix's response to the motion to dismiss was due by July 15, 2016. *Id.* Hix has not filed a response to the motion.

Defendants ask the Court to deem Hix's failure to respond to be non-opposition to their motion to dismiss. Dkt. No. 31. Hix is ordered to show good cause why he failed to file a response to the motion to dismiss by July 15. If he does not, his failure to respond will be considered non-opposition to the motion to dismiss and his complaint will be dismissed. He must respond to this order by July 22, 2016, in a brief not to exceed 5 pages.

**IT IS SO ORDERED.**

Dated: July 20, 2016                          _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge

Case No. 16-cv-01747 NC