SHAWN R. PARR (206616)
ERIC J. SIDEBOTHAM (208829)
LINDSEY PHO (291881)
**PARR LAW GROUP**
1625 The Alameda, Suite 900
San Jose, CA 95126
Telephone:   (408) 267-4500
Facsimile:    (408) 267-4535
shawn@parrlawgroup.com
eric@parrlawgroup.com
lindsey@parrlawgroup.com

Attorney for Plaintiff:
THOMAS HIX

GRANTED
Judge Nathanael M. Cousins

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIX, | ) Case No: 5:16-cv01747-NC |
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |
| J.P. MORGAN CHASE, U.S. BANK NA, TRUSTEE CORPS, and DOES 1-10, INCLUSIVE, | ) |
| Defendants. | ) |

Upon consideration of both parties' Stipulation re Dismissal with Prejudice of Complaint filed February 17, 2016,

1.     IT IS HEREBY ORDERED that the stipulation between counsels dismissing this matter is approved.

2.     IT IS FURTHER ORDERED that the Complaint is dismissed with prejudice and all future dates are vacated.  The clerk's office shall close this instant case upon entry of this order.

**END OF ORDER**

1

ORDER OF DISMISSAL                                                         Case No. 5:16-cv01747-NC

<u>Court Service List</u>

ECF Recipients